Case 2:06-cr-____-ABJ  Document 76  Filed 09/27/12  Page 1 of 1

**COPY**

# United States District Court
## For The District of Wyoming

CO Case # 13-mj-1007-MEH

| UNITED STATES OF AMERICA, | **WARRANT FOR ARREST** |
|---|---|
| vs. | |
| KEVIN MICHAEL WICK | CASE NUMBER: 06-CR-0119-01J |

**To:**
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Kevin Michael Wick**
and bring him or her forthwith to the nearest magistrate to answer **to a Petition for Offender Under Supervision** charging him or her with **Violating Condition of Supervised Release.**

Stephan Harris
Name of Issuing Officer

_Clerk of Court_
Title of Issuing Officer

Signature of Issuing Officer
_By Deputy Clerk_

September 27, 2012, Cheyenne
Date and Location

Bail fixed at $ _Detain_

By: Alan B. Johnson
_United States District Judge_

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk

By _____ Deputy

Prob 12C-Petition for Warrant/Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

### PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Name of Offender:** | Kevin Michael Wick |
| **Name of Sentencing Judicial Officer:** | William F. Downes |
| **Date of Original Sentence:** | February 23, 2007 |
| **Original Offense:** | Felon in Possession of a Firearm |
| **Original Sentence:** | 24 months custody, later reduced to 18 months custody |
| **Type of Supervision:** | 3 years supervised release |
| **Date Supervision Commenced:** | September 2, 2009 |
| **Assistant U.S. Attorney:** | Jason M. Conder |
| **Defense Attorney:** | Daniel G. Blythe |

**Case Number:** 06CR-00119-01J

### PETITIONING THE COURT

[X]   To issue a no bail warrant for the offender's arrest

The Probation Officer believes that the offender has violated the following condition(s) of supervision:

> The defendant has a special condition of supervised release that he participate in drug treatment. The defendant's state parole supervision also required him to comply with a 90-day inpatient drug treatment program, which began on July 19, 2012. On July 26, 2012, the defendant was arrested, by state parole authorities, for bringing synthetic marijuana into the drug treatment facility and "smoking" that substance.

**U.S. Probation Officer Recommendation:**

[X]   The term of supervision should be
    [X]   revoked.
    [ ]   extended for ___ years, for a total term of ___ years.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Kristin A. Danni
U.S. Probation Officer

Date: 9/27/12

Approved by: _Phil Caldwell for_ _____
Tambra J. Loyd
Chief U.S. Probation Officer

**THE COURT ORDERS:**
[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Alan B. Johnson
U.S. District Judge

Date: 9/27/12

**Violation No. 1 - Standard Condition No. 7** - The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Nature of Noncompliance**

On July 26, 2012, the defendant was arrested, by state parole authorities, for bringing synthetic marijuana into the drug treatment facility and "smoking" that substance.

**U.S. Probation Officer's Action**

U.S. Probation Officer Angela Ledesma is requesting a supervised release warrant be issued.