IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-mj-01007-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    KEVIN MICHAEL WICK,

       Defendant.
_____

**NOTICE OF APPEARANCE**
_____

       The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       RAYMOND P. MOORE
       Federal Public Defender


       s/ Virginia L. Grady
       VIRGINIA L. GRADY
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:   (303) 294-7002
       FAX:            (303) 294-1192
       Virginia.Grady@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2013, I electronically filed the foregoing

**NOTICE OF APPEARANCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha A. Paluch
    Assistant U.S. Attorney
    Email: martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    s/ Virginia L. Grady
    VIRGINIA L. GRADY
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado  80202
    Telephone:   (303) 294-7002
    FAX:             (303) 294-1192
    Virginia.Grady@fd.org
    Attorney for Defendant