IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JEFFREY P. COLWELL  
CLERK OF COURT

Room A-105, Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

January 28, 2013

Joseph C. O'Mahoney Federal Building  
2120 Capitol Avenue  
Cheyenne, WY 82001

Colorado Case Number:   1:13-mj-01007-MEH  
Receiving Court Case Number:   2:06-cr-00119-ABJ  
Defendant:   Kevin Michael Wick

FILED  
U.S. DISTRICT COURT  
DISTRICT OF WYOMING  
2013 JAN 31 PM 1 23  
STEPHAN HARRIS, CLERK  
CHEYENNE

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov. Any documents not available electronically are enclosed in paper format. (Appearance bond also included)

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.

Very truly yours,  
Jeffrey P. Colwell, Clerk

By: s/E. E. Miller  
    Deputy Clerk

FILED  
U.S. DISTRICT COURT  
DISTRICT OF COLORADO  
2013 FEB -4 PM 1:36  
JEFFREY P. COLWELL  
CLERK  
BY_____ DEP. CLK